UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAHAR MEFTAH,

    Plaintiff,

v.

JOHN KRAMER, et al,

    Defendants.

Case No. 18-cv-05696-DMR

**ORDER TO SHOW CAUSE**

    Defendants filed a motion to dismiss on November 20, 2018. [Docket No. 5.] Currently, the motion is set for a court hearing on January 10, 2019. Plaintiff Tahar Meftah is pursuing this action without legal representation. According to the local court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by December 4, 2018. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

    <u>The court ORDERS Plaintiff to respond by December 19, 2018 and explain Plaintiff's failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit an opposition to the court or (2) file a statement of non-opposition to the motion.</u> This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by December 19, 2018, Defendants' motion may be granted or the case may be dismissed for failure to prosecute.

    The court further ORDERS that Defendants shall file a reply, if any, to Plaintiff's opposition no later than December 28, 2018.

    **IT IS SO ORDERED.**

Dated: December 11, 2018

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHAR MEFTAH,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN KRAMER, et al.,<br><br>    Defendants. | Case No. 4:18-cv-05696-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 11, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tahar Meftah
2201 Dwight Way Apt. 105
Berkeley, CA 94704

Dated: December 11, 2018

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By:_____
                                            Ivy Lerma Garcia, Deputy Clerk to the
                                            Honorable DONNA M. RYU